HEATHER E. WILLIAMS, #122664
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorneys for Defendant
EDILIO NAVARRO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>      v.<br><br>EDILIO NAVARRO,<br><br>              Defendant. | Case No. 2:12-cr-310 TLN<br><br>STIPULATION AND ORDER TO RESCHEDULE CHANGE OF PLEA ON JULY 2, 2015, AT 9:30 A.M.<br><br>Date     June 25, 2015<br>Time:   9:30 a.m.<br>Judge:  Hon. Troy L. Nunley |

The parties stipulate, through respective counsel, that the Court should reschedule this case for change of plea on July 2, 2015, at 9:30 a.m.

Counsel for Mr. Navarro sent notice Monday, June 22, that Mr. Navarro had accepted a plea agreement tendered by the government, and that Mr. Navarro intended to change his plea to guilty on June 25.  Since that notice, counsel for Mr. Navarro has received notice that he must appear in Marin County Family Court on June 25 for an "emergency" hearing.

For these reasons, counsel and the defendant agree that the Court should exclude the time from the date of the parties' stipulation dated June 23, 2015, through July 2, 2015, when it computes the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) & (B)(iv), and Local Code T4.  Taking such action will preserve Mr. Navarro's statutory right to continuity of counsel.

1    Counsel and the defendant also agree that the ends of justice served by the Court granting

2    this continuance outweigh the best interests of the public and the defendant in a speedy trial.

3

4    DATED: June 23, 2015                          HEATHER E. WILLIAMS
                                                    Federal Defender

5
                                                    /s/ M.Petrik
6                                                   MICHAEL PETRIK, Jr.
                                                    Assistant Federal Defender
7

8    DATED: June 23, 2015                          BENJAMIN B. WAGNER
                                                    United States Attorney
9
                                                    /s/ M.Petrik for
10                                                  SAMUEL WONG
                                                    Assistant U.S. Attorney
11

12

13                                       **O R D E R**

14        The Court, having received, read, and considered the stipulation of the parties, and good

15   cause appearing, adopts the stipulation in its entirety as its order.  The Court specifically finds

16   that the failure to grant a continuance in this case would deny the defendant continuity of

17   counsel.  The Court finds that the ends of justice served by granting the continuance outweigh

18   the best interests of the public and defendant in a speedy trial.

19        The Court orders the change of plea hearing rescheduled for July 2, 2015, at 9:30 a.m.

20   The Court orders the time from the date of the parties stipulation, up to and including July 2,

21   2015, excluded from computation of time within which the trial of this case must commence

22   under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) & (B)(iv), and Local Code

23   T4.

24   DATED: June 23, 2015

25

26                                                  Troy L. Nunley
                                                    United States District Judge
27

28